565 U.S. 937, 132 S. Ct. 398, 181 L. Ed. 2d 251, 2011 U.S. LEXIS 7297.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit. Because the Court lacks a quorum, 28 U.S.C. § 1, and since the only qualified Justice is of the opinion that the case cannot be heard and determined at the next Term of the Court, the judgment is affirmed under 28 U.S.C. § 2109, which provides that under these circumstances "the court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided court." The Chief Justice, Justice Scalia, Justice Kennedy, Justice Thomas, Justice Ginsburg, Justice Breyer, Justice Alito, and Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 414 Fed. Appx. 887.

**No. 11-5094. Randall Replogle, Petitioner v. United States.**

565 U.S. 938, 132 S. Ct. 401, 181 L. Ed. 2d 251, 2011 U.S. LEXIS 7392.

October 11, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of Tapia v. United States, 564 U.S. 319, 131 S. Ct. 2382, 180 L. Ed. 2d 357 (2011).

Same case below, 628 F.3d 1026.

**No. 11-5609. Connie Marshall, Petitioner v. David Stengel, et al.**

565 U.S. 938, 132 S. Ct. 405, 181 L. Ed. 2d 251, 2011 U.S. LEXIS 7231.

October 11, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8.

**No. 11-5707. Jeffrey Sanders, Petitioner v. United States District Court for the Eastern District of Michigan.**

565 U.S. 938, 132 S. Ct. 447, 181 L. Ed. 2d 251, 2011 U.S. LEXIS 7230.

October 11, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8.

Same case below, 653 F. Supp. 2d 715.